UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



HOPE MURPHY, and all others
similarly situated,

    Plaintiffs,

v.

UNITED-CARE MEDICAL
ASSOCIATES, INC. d/b/a FLAMINGO
CHIROPRACTIC,

    Defendant.

CASE NO.: 99-6424 CIV-MOORE
TJO

**INJUNCTIVE RELIEF SOUGHT**
**JURY TRIAL DEMANDED**

## COLLECTIVE ACTION COMPLAINT

Plaintiff, HOPE MURPHY, and all other similarly situated employees ("Plaintiffs"), through their undersigned counsel, Whitelock & Associates, P.A., sue the Defendant, UNITED-CARE MEDICAL ASSOCIATES, INC. d/b/a FLAMINGO CHIROPRACTIC ("Defendant"), and allege as follows:

1. Plaintiff, a former employee of Defendant, brings this collective action on behalf of herself, and all other similarly situated employees of Defendant, to recover compensation and other relief under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201, et seq.

2. Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

3. The unlawful employment practices alleged below occurred and/or were committed within this judicial district.

4. At all times material hereto, Plaintiff, and others similarly situated, were citizens and residents of this judicial district and within the jurisdiction of this Court.



5. At all times material hereto, Defendant was an employer or former employer of Plaintiff, and others similarly situated, and a corporation conducting business in this judicial district.

6. At all times material hereto, Defendant was an employer under the FLSA, engaged in commerce and/or in the production of goods and/or services in interstate commerce as defined by the FLSA and had revenue in excess of $500,000.00 per annum.

7. Plaintiff, and those similarly situated, were hired as employees by Defendant.

8. During their respective employment, Defendant had Plaintiff, and others similarly situated, who were not exempt under the provisions of the FLSA, work in excess of forty (40) hours per week, and refused to properly compensate Plaintiff, and those similarly situated, for such work as required by the FLSA.

9. The records concerning the number of hours actually worked by Plaintiff, and others similarly situated, are in the possession, custody and control of Defendant, and therefore, Plaintiff, and others similarly situated, are unable to state at this time the exact amount due.

10. Plaintiff, and others similarly situated, will exert diligent efforts to obtain such information by appropriate discovery proceedings, to be taken promptly in this case, and if required, an amendment to this complaint will be submitted to set forth an amount due.

## COUNT I
## FLSA RECOVERY OF UNPAID OVERTIME

11. Plaintiff, and others similarly situated, incorporate by reference the allegations contained in paragraphs 1 through 10 above.

12. Plaintiff, and others similarly situated, are entitled to be paid time and one half for each hour worked in excess of forty (40) per work week.

13. By reason of the intentional, willful and unlawful acts of Defendant, Plaintiff, and others similarly situated, have suffered damages, including liquidated, and will continue to incur costs and attorneys' fees.

WHEREFORE, Plaintiff, and others similarly situated, demand judgment against the Defendant for all damages, including liquidated damages, and relief, including attorneys' fees and costs, in addition to all other equitable, injunctive and all other relief this Court deems just and proper.

Dated: April 7, 1999.

                Respectfully submitted,

                WHITELOCK & ASSOCIATES, P.A.
                300 Southeast Thirteenth Street
                Fort Lauderdale, Florida 33301
                Phone No.: (954) 463-2001
                Facsimile No. (954) 463-0410
                Counsel for Plaintiffs

                CHARLES T. WHITELOCK
                Florida Bar No.: 166020
                TODD W. SHULBY
                Florida Bar No.: 068365

murphy.fil\complaint-murphy

# 99-6424 CIVIL COVER SHEET CIV-MOORE /JJO

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Hope Murphy

**DEFENDANTS**
United-Care Medical Associates, Inc.
d/b/a Flamingo Chiropractic

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Todd W. Shulby, Esquire
Whitelock & Associates, P.A.
300 Southeast 13th Street, Ft. Laud. 33316

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Fair Labor Standards Act, 29 U.S.C. Section 201, et seq.

**IVa.** 2 days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | A PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. B |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | PERSONAL PROPERTY 640 R.R. & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | 370 Other Fraud | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl Veterans) B | 345 Marine Product Liability | 650 Airline Regs | B SOCIAL SECURITY | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits B | 350 Motor Vehicle | 371 Truth in Lending B 380 Other Personal Property Damage | 660 Occupational Safety/Health | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 160 Stockholder's Suits | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | 690 Other | 862 Black Lung (923) | 875 Customer Challenge 12USC3410 |
| 190 Other Contract | 360 Other Personal Injury | | A LABOR | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 710 Fair Labor Standards Act | 864 SSID Title XVI | 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | B PRISONER PETITIONS | 720 Labor Management Relations B 730 Labor Management Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 740 Railway Labor Act | A FEDERAL TAX SUITS | 894 Energy Allocation Act |
| 220 Foreclosure B | 442 Employment | | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General * | 791 Employee Ret. Inc. Security Act B | 871 IRS-Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other * | | | 890 Other Statutory Actions * A or B |
| 290 All Other Real Property | | 550 Civil Rights * A or B | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated
- [ ] 5. Transferred from another district (specify)
- [ ] 6. Multidistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: [x] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):
JUDGE _____ DOCKET NUMBER _____

DATE Apr 7, 1999
SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F 1-2 REV 9/94
FOR OFFICE USE ONLY: Receipt No. _____
Amount: _____
M/ifo: _____